AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>JUSTIN DANIEL MEDLIN | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

*Filed JUN 29 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-07-70368 BZ | 1:06mj883 | Northern District of California | Eastern District of Virginia |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. §  1037, 1956

**DISTRICT OF OFFENSE**
Eastern District of Virginia

**DESCRIPTION OF CHARGES:**

Fraud in connection with email; money laundering

**CURRENT BOND STATUS:**

☐ Bail fixed at                   and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)   Defendant admits to being the person charged in the Eastern District of Virginia. Defendant waived

Bond, if any, shall be transferred to the District of Offense preliminary hearing. Deft waived identity/removal hearing.

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: | |

## NORTHERN DISTRICT OF CALIFORNIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

29 June 07
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |