**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number

2007 JUL -3  P 12:34 .2000

June 29, 2007

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

**FILED**

JUL 1 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   US -v- Medlin
Case Number: 3-07-70368 BZ
Charges:     18:1037, 1956

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Zimmerman. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ()    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office